# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRYSTAL KENNEDY, | ) | NO. CV 14-8129-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| D. K. JOHNSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 18, 2015.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE